DOCKET NUMBER: 10cr584        CRIMINAL CAUSE FOR STATUS CONF
Date Received By Docket Clerk: _____   Docket Clerk Initials: _____

BEFORE JUDGE: Trager    DATE: 9/14/2010    TIME IN COURT 20 HRS 15 MINS

DEFENDANT'S NAME: Naira Jalovian    DEFENDANTS # _____
- [X] Present  ☐ Not Present  X Custody  ☐ Not Custody

DEFENSE COUNSEL: Roy Kulcsar
☐ Federal Defender  ☐ CJA  ☐ Retained

A.U.S.A.: Carolyn Pokorny / Anthony Capozzolo    Case Manager: Ezra Spilke
ESR Christine Rocco    INTERPRETER: n/a    LANGUAGE: _____

☐ Arraignment                        ☐ Change of Plea Hearing (~Util-Plea Entered)
☐ In Chambers Conference             ☐ Pre Trial Conference
☐ Initial Appearance                 X Status Conference
☐ Telephone Conference               ☐ Motion Hearing Non Evidentiary
☒ Other Evidentiary Hearing Contested  TYPE OF HEARING _____
☒ Further Status Conference/hearing set for 11/22 @ 11:15
__ MOTIONS DUE _____ OPP BY _____ REPLY _____
__ ORAL ARGUMENT _____

DEFT __ SWORN  __ ARRAIGNED  __ INFORMED OF RIGHTS
     __ WAIVES TRIAL BEFORE DISTRICT COURT
__ DEFT WITHDRAWS NOT GUILTY PLEA AND ENTERS GUILTY PLEA TO CTS. ____
   OF THE (Superseding) INDICTMENT /   INFORMATION.
__ COURT FINDS FACTUAL BASIS FOR THE PLEA.
__ **DEFT REQUESTS RETURN OF PROPERTY**  __ **ORDER FILED.**
__ SENTENCING TO BE SET BY PROBATION.

**UTILITIES**
☐ ~Util-Plea Entered          ☐ ~Util-Add terminate Attorneys    ☐ ~Util-Bond Set/Reset
☐ ~Util-Exparte Matter        ☐ ~Util-Indictment Un Sealed       ☐ ~Util-Information Unsealed
☐ ~Util-Set/Reset Deadlines   ☐ ~Util-Set/Reset Deadlines/Hearings
☐ ~Util-Set/Rest Motion and R&R Deadlines/Hearings   ☐ ~Util-Terminate Motions
☐ ~Util-Terminate Parties     ☐ ~Util-Set/Reset Hearings

Speedy Trial Start: 9/14    Speedy Trial Stop: 11/22/10    CODE TYPE: XT
Do these minutes contain ruling(s) on motion(s)? ☐ YES  ☒ NO
TEXT