**A R A N D I A  &  A R A N D I A**
ATTORNEYS AT LAW
FOREST HILLS TOWER
118-35 QUEENS BLVD.
SUITE 1201
FOREST HILLS, NEW YORK 11375
(718) 263-2100
•
FACSIMILE: (718) 263-7274

February 23, 2011

Honorable Kiyo A. Matsumoto
**Brooklyn Courthouse**
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   <u>United States v Naira Jalovian</u>
       10-cr-584 (KAM)

Dear Hon. Matsumoto:

Due to circumstances I am not intimately familiar with, a colleague, Roy Kulscar, currently suspended from the practice of law, asked for help covering his cases pending his re-instatement which he indicated was imminent.

I agreed to step in and temporarily represent his clients with the understanding that this was going to be for the short term. I was told that it would not be for more than two weeks.

Mr. Kulscar's license is still suspended and I now find myself involved in defending the above referenced individual who cannot pay my legal fees. She explained what she had available she gave to prior counsel.

This was all clarified late last week and I spoke with AUSA Michael K. Schneider advising him of the situation and asked him to hold off on sending the discovery until counsel was assigned to represent Ms. Jalovian.

I do know that Ms. Jalovian is anxious to get moving with her case and have counsel assigned to her, as she has much to say.  I now turn to the Court for guidance in this regard and request that this matter be scheduled for a conference before you Honor.

                                                Very truly yours,
                                                _____S_____
                                                Olga M. Arandia, Esq.
                                                    OA 9669

cc: AUSA Michael K. Schneider